# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Javier Augusto Rodas Lizama

               Petitioner

         V.

Steve Souza

              Respondent

CIVIL ACTION

NO. 18cv11474-WGY

## ORDER OF DISMISSAL

YOUNG, D.J.,

In accordance with the Court's ORDER on November 21, 2018, it is hereby ORDERED that the above-entitled petition be and hereby is dismissed as moot.

By the Court,

November 21, 2018

/s/Matthew A. Paine

Date

Deputy Clerk